IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SHELLEY COOLEY | § | |
|     Plaintiff, | § | |
| | § | |
| VS. | § | Case No. 4:11CV532 |
| | § | |
| CROSSWIRE INVESTMENT INC., | § | |
|     Defendants. | § | |

## MEMORANDUM ADOPTING REPORTS AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the reports of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On December 21, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's claims be DISMISSED WITHOUT PREJUDICE for want of prosecution and this matter be closed on the court's docket. On January 13, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants Foremost County Mutual Insurance Company and Foremost Insurance Company Grand Rapids, Michigan's Motion for Sanctions (Dkt 47) be DENIED.

The court has made a *de novo* review of the objections raised by Plaintiff, although they were not timely filed, as well as Defendants' responses and is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit as to the ultimate findings of the Magistrate Judge. The court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

Therefore, Defendants Foremost County Mutual Insurance Company and Foremost Insurance Company Grand Rapids, Michigan's Motion for Sanctions (Dkt 47) is DENIED, Plaintiff's claims are DISMISSED WITHOUT PREJUDICE for want of prosecution, and this matter shall be closed on the court's docket.

**IT IS SO ORDERED.**

**SIGNED this the 28th day of September, 2012.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE